■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN WHITE, Appellant.—

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find it legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]). The defendant failed to preserve for appellate review any issue of law with respect to his current argument that the court erred in discharging a juror *(see, People v McGee,* 152 AD2d 601; *People v Fernandez,* 137 AD2d 709). The defendant also failed to preserve for appellate review his current argument that the court erred in failing to invite him to make a statement prior to the imposition of sentence *(see, People v Green,* 54 NY2d 878, 880).

We have examined the defendant's remaining contentions and find them to be without merit *(see also, People v Tirado,* 158 AD2d 564 [decided herewith]). Mollen, P. J., Bracken, Brown and Rosenblatt, JJ., concur.